MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DAMALI A. TAYLOR (262489)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: damali.taylor@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DARWIN HAMILTON BARRIOS PEREZ, ) <br>   a.k.a. Hamilton Barrios Aguilar ) <br> ) <br> Defendant. ) | No. CR 11 0383 MMC <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) |

     The parties appeared before the Court on June 24, 2011 for a detention hearing.  Assistant United States Attorney Damali Taylor appeared on behalf of the United States.  Daniel Blank, Assistant Federal Public Defender, appeared on behalf of the defendant, DARWIN HAMILTON BARRIOS PEREZ, a.k.a. Hamilton Barrios Aguilar, who was present and in custody.  The matter was continued to July 6, 2011 at 2:30 p.m. to set further proceedings or for a change of plea hearing.  Counsel for the defendant requested that time be excluded under the Speedy Trial Act between June 24, 2011 and July 6, 2011 in order to review the discovery he had received from the government and to conduct investigation necessary to effectively prepare defendant. The government stated that it had no objection to excluding time and the parties stipulated to an

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
Case No. CR  11 0383 MMC

exclusion of time from June 24, 2011 and July 6, 2011. The parties agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). At the June 24, 2011, hearing, the Court made findings consistent with that agreement.

SO STIPULATED:

                MELINDA HAAG
                United States Attorney

DATED: June 27, 2011              /s/
                DAMALI A. TAYLOR
                Assistant United States Attorney

DATED: June 27, 2011              /s/
                DANIEL P. BLANK
                Attorney for DARWIN HAMILTON
                BARRIOS PEREZ

## [~~PROPOSED~~] ORDER

For the reasons stated above and during the June 24, 2011 hearing, the Court finds that failing to exclude the time between June 24, 2011 and July 6, 2011 would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between June 24, 2011 and July 6, 2011 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, **IT IS HEREBY ORDERED** that the time between June 24, 2011 and July 6, 2011 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: July 5, 2011              HONORABLE ELIZABETH D. LAPORTE
                United States [Magistrate Judge]

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
Case No. CR 11 0383 MMC    -2-